IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATSY JONES, individually and
on behalf of all others similarly situated**                                   **PLAINTIFF**

V.                                      NO: 4:08CV00326

**CENTRAL UNITED LIFE INSURANCE COMPANY
and HARRIS INSURANCE HOLDINGS, INC.**                          **DEFENDANTS**

### ORDER

Pending is Plaintiff's motion to stay proceedings. (Docket # 14). Defendants have moved to join Plaintiff's motion to stay. (Docket # 15). For good cause shown, the motions are granted. This case shall be administratively stayed pending Plaintiff's potential appeal of an anticipated settlement of the Mobile Class Action. All deadlines and proceedings in this action will be stayed pending the resolution of the anticipated appeal. All parties are directed to retain and preserve any and all discoverable documents and records during this stay. Plaintiff is directed to provide the Court status reports every sixty (60) days.

IT IS SO ORDERED this 10th day of October, 2008.

_____
James M. Moody
United States District Judge