IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATSY JONES, individually, and
on behalf of all others similarly situated,                                          PLAINTIFF

v.                                            CASE NO. 4:08cv00326 JMM

CENTRAL UNITED LIFE
INSURANCE COMPANY and
HARRIS INSURANCE HOLDINGS, INC.                                                    DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of Plaintiff and Defendants, and for good cause shown, all claims by Plaintiff, individually, are dismissed with prejudice as against Central United Life Insurance Company and Harris Insurance Holdings, Inc., with each party to bear their own costs and attorney's fees except as otherwise agreed between the parties.

SO ORDERED this 24 day of February, 2009.

_____
Honorable James M. Moody
U.S. District Court Judge

Prepared by:

Stuart P. Miller
MITCHELL, WILLIAMS, SELIG,
 GATES & WOODYARD, P.L.L.C.
425 W. Capitol, Suite 1800
Little Rock, Arkansas 72201
*Attorney for Defendants*

Approved by:

  /s/ Casey Castleberry
Casey Castleberry (ABA #2003109)
Tommy Thompson (ABA #77133)
MURPHY, THOMPSON, ARNOLD,
 SKINNER & CASTLEBERRY
Post Office Box 2595
Batesville, AR 72503-2595
*Attorneys for Plaintiff*